IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MICHELLE CHATMAN | § | |
| | § | |
| V. | § | CASE NO. 4:13CV736 |
| | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY ADMINISTRATION | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE AND
ORDER OF DISMISSAL**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 19, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that this case be dismissed without prejudice.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's recommendations as the findings and conclusions of the court. Therefore, this case is dismissed without prejudice.

**IT IS SO ORDERED.**

**SIGNED this the 24th day of June, 2015.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE